UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD W. HARRIS, SR,

                Plaintiff,

    -against-

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT; JAMES
SANDIAGO; JOEANN FRY; JAY
GOLDING,

                Defendants.

20-CV-6070 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued November 2, 2020, dismissing the amended complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 2, 2020
            New York, New York

                                                             *Louis L. Stanton*
                                                            Louis L. Stanton
                                                                U.S.D.J.